# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ENVIRONMENTAL PROTECTION AGENCY,
FINAL NATIONAL POLLUTANT DISCHARGE
ELIMINATION SYSTEM (NPDES) GENERAL PERMIT
FOR DISCHARGES INCIDENTAL TO THE NORMAL
OPERATION OF A VESSEL, 78 FED. REG. 21,938,
PUBLISHED ON APRIL 12, 2013

MCP No. 116

    Natural Resources Defense Council, Inc. v.
        United States Environmental Protection Agency
        Second Circuit, No. 13-1745
    Northwest Environmental Advocates, et al. vs.
        United States Environmental Protect Agency
        Ninth Circuit, No. 13-71565

## CONSOLIDATION ORDER

    The Environmental Protection Agency issued an order dated April 12, 2013. On May 24, 2013, the Panel filed, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included two petitions for review pending in two circuit courts of appeal as follows: Second Circuit and Ninth Circuit.

    The Panel has randomly selected the United States Court of Appeals for the Second Circuit in which to consolidate these petitions for review.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the above-captioned petitions for review are consolidated in the Second Circuit and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Dana L. Stewart, Quality Control Analyst
Random Selector

Jeffery N. Luthi, Clerk of the Panel
Witness